IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: GARY S. PYSHER | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| HYUNDAI CAPTIAL AMERICA AS | ) | CASE NO. 23-11480 (PMM) |
| SERVICER FOR HYUNDAI LEASE | ) | |
| TITLING TRUST | ) | |
| **Moving Party** | ) | HEARING DATE: **5-13-26 at 1:00 PM** |
| | ) | |
| v. | ) | |
| | ) | 11 U.S.C. 362 |
| GARY S. PYSHER | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |
| | ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Hyundai Capital America as servicer for Hyundai Lease Titling Trust ("Hyundai") filing this its Motion For Relief From The Automatic Stay ("Motion"), and in support thereof, would respectfully show:

1. On May 19, 2023 Gary S. Pysher filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361 and 362, and 28 U.S.C. 157 and 1334.

3. On March 23, 2023, the Debtor executed a Closed End Motor Vehicle Lease Agreement for the lease of a 2023 Kia Soul bearing vehicle identification number KNDJ23AUXP7874407.  The Lease was assigned to Hyundai Lease Titling Trust and the Debtor became indebted to Hyundai in accordance with the terms of same.  Hyundai Lease Titling Trust is the owner of the vehicle. True copies of the Lease and Title to the vehicle are annexed hereto as exhibits A and B.

4. The Lease matured on March 23, 2026.

5. The Debtor returned the vehicle on March 25, 2026.

6. The current payoff on the Debtor's account is $13,179.00.

7. According to the April 2026 NADA Official Used Car Guide, the vehicle has a current retail value of $18,200.00.

8. Hyundai Capital America as servicer for Hyundai Lease Titling Trust alleges that the automatic stay should be lifted for cause under 11 U.S.C. 362(d)(1) in that Hyundai lacks adequate protection of its interest in the vehicle as evidenced by the following:

(a) Hyundai has possession of the vehicle and requires stay relief in order to process and sell it.

(b) The Lease matured.

WHEREFORE PREMISES CONSIDERED, Hyundai Capital America as servicer for Hyundai Lease Titling Trust respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Hyundai to permit Hyundai to seek its statutory and other available remedies; (2) that the stay terminate immediately upon entry of this Order, with a waiver of Fed.R.Bank.P., Rule 4001(a)(4) and (3) Hyundai be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Local Counsel for Hyundai Capital America
as servicer for Hyundai Lease Titling Trust